UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Criminal No. 19-mj-06086-MPK |
| ) | |
| ERIC TRAN THAI    ) | |

MOTION TO FILE UNDER SEAL

The defendant, through counsel, hereby moves this Honorable Court for leave to file Exhibit C to his Motion for Review under seal.

As grounds for this motion, counsel states that the document contains information that should not be part of the public record.

Respectfully submitted,
ERIC TRAN THAI,
By his attorney,

*/s/ Oscar Cruz, Jr.*
Oscar Cruz, Jr., BBO #630813
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on March 27, 2019.

*/s/ Oscar Cruz, Jr.*
Oscar Cruz, Jr.