# Exhibit C

DOCUMENT UNDER SEAL