UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 19-CR-10108-WGY |
| | ) | |
| ERIC TRAN THAI, | ) | |
| | ) | |
| Defendant. | ) | |

DISMISSAL OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the Indictment charging Eric Tran Thai with the sexual exploitation of children, in violation of 18 U.S.C. § 2251.  In support of this dismissal, the government states that, pursuant to a plea agreement, Eric Tran Thai has pleaded guilty to Counts One and Two of the Superseding Information, which charge him with two counts of possession of child pornography, in violation of 18 U.S.C. § 2252A, and the dismissal is in the interests of justice.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

May 13, 2021_____                By:    /s/ Anne Paruti_____
Date                                        Anne Paruti
                                              Assistant U.S. Attorney